IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CRAIG BECK PLAINTIFF

VS. NO. 4:16CV495-KGB

MIKE RICHARDS individually,
PATRICK STAGE, individually,
PHILLIP BENTLY individually,
TIFFANY EICHENBERGER individually and in her official capacity as nurse in Saline County Detention Center;
SALINE COUNTY, ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 08 2016
JAMES W. McCORMACK, CLERK
By: [signature]
DEP CLERK

DEFENDANTS

COMPLAINT

Comes now the Plaintiff, by and through his attorney, Robert A. Newcomb, and for his Complaint states:

JURISDICTION AND VENUE

1. Court has jurisdiction of the parties and the subject matter pursuant to 28 U.S.C. Section 1331 to enforce rights granted to the Plaintiff under Fourteenth and Fourth Amendment Rights to the Constitution of the United States. This action is authorized by 42 U.S.C. Section 1983.

2. Venue if proper in this Court in that the parties reside in the Western Division of the Eastern District of Arkansas and the acts complained of occurred in Saline County Arkansas.

PARTIES

This case assigned to District Judge Baker
and to Magistrate Judge Volpe

3. The Plaintiff is a resident of Saline County Arkansas and at all times material of this cause of action was a citizen of the United States of America.

4. Defendant Mike Richards at all times material of this cause of action was Lieutenant employed by Saline County Sheriff's Department assigned to the jail. The acts complained of herein were done by him under color of State law. He is being sued in his individual capacity.

5. Defendant Phillip Bentley at all times material of this cause of action was employed by Saline County Sheriff's Department assigned to the jail. The acts complained of herein were done by him under color of State law. He is being sued in his individual capacity.

6. Defendant Tiffany Eichenberger at all times material of this cause of action was the nurse employed by Saline County assigned to the jail. The acts complained of herein were done by him under color of State law. He is being sued in her individual capacity.

7. Defendant Saline County Arkansas is a governmental unit that operates the Saline County Detention Center at all times material of this cause of action and has policies and practices of providing inaccurate medical care to inmates and refusing to allow them to have medical treatment choice but sending them to Saline County memorial but requiring the inmates to pay the medical bills incurred at saline County Memorial.

## FACTS

8. The Plaintiff was incarcerated in the Saline County Jail from January 6, 2014 until May 6, 2014.

9. The Plaintiff informed all of the Defendants and Saline County through the use of grievance procedure that he had heart disease and requested he be provided aspirin and other medication.

10. The Defendants refused to provide him with medication.

11. The Plaintiff filed numerous grievances and exhausted his grievance procedure in an attempt to get medical treatment.

12. The Plaintiff has a heart disease that causes him to have to have stents put in periodically.

13. The Plaintiff informed Defendant Bentley that he was having pinching pains in his chest which meant he had a stent that needed to be replaced. Instead of providing for his immediate medical care Defendant Bentley and Defendant Richards placed in his segregation for three days.

14. At the end of January 2014 the Plaintiff started complaining to Defendant Richards that he was having chest pains and Defendant Richards told him he was faking and if he complained to anyone he would be placed back into segregation.

15. The Plaintiff filed a grievance asking to see his cardiologist Doctor Mehmet at Arkansas Heart Hospital and was told no.

16. The Plaintiff was ultimately taken to see Doctor Mehmet at Arkansas Heart Hospital who informed the Saline County Sheriff's Office and specifically Defendant Eichenberger that the Plaintiff needed to be scene at University of Arkansas Medical Science Center for his heart condition and the Defendants never sent him to the University.

17. Instead of placing the Plaintiff in the University he was placed in Saline County and Saline County was told to bill Plaintiff instead of Saline County Sheriff's Office.

18. Upon discharge from saline County Memorial the Plaintiff was prescribed hydrocodone and isenburger took the medication from him causing him to have pain that would have otherwise been managed and refused by placing him in the infirmary and required he sleep on a concrete floor in the jail.

19. After being discharged from the hospital he was not given any after care causing him to have bleeding and pain.

20. If the Plaintiff had been given prompt treatment he would not have had to have stent replaced.

DAMAGES

21. As a direct result of the action of the Defendants not releasing him and allowing him to get treatment at the University the Plaintiff now has a bill which the Defendants should be responsible for.

22. As a result of the denial of medical attention the Plaintiff was subjected to wonton and willful infliction of pain for no valid purpose by the Defendants actions.

23. The Defendants actions were wonton and willful and the individuals Defendants should have punitive damages against them.

24. The Court should award attorney's fees and Court cost.

### JURY TRIAL DEMANDED

25. The Plaintiffs request a trial by jury.

WHEREFORE, it is prayed that the Court will grant the relief requested herein and all other relief to which the Plaintiff is entitled to.

Respectfully submitted

*/s/ Robert G. Newcomb*

Robert A. Newcomb, #73087
Attorney at Law
P.O. Box 149
Little Rock, AR 72203
(501) 372-5577 - Phone
(501) 372-6025 – Fax